80 A.3d 731

IN THE MATTER OF EDWARD B. BUSH, AN ATTORNEY
AT LAW (ATTORNEY NO. 021191984).

December 17, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–163, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **EDWARD B. BUSH** of **TOMS RIVER,** who was admitted to the bar of this State in 1984, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep the client informed about the status of the matter), *RPC* 1.16(d) (failure to turn over the client's file on the termination of representation), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **EDWARD B. BUSH** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.